Nelson S. PARKER, et al., Respondents,

v.

E. Harvey O'PHELAN, M.D.,
Petitioner, Appellant,

St. Mary's Hospital, Respondent.

No. C8–87–710.

Supreme Court of Minnesota.

June 23, 1988.

## ORDER

Justice POPOVICH, having recused by reason of participation in the decision on this matter by the court of appeals, and the remaining justices being evenly divided in opinion,

IT IS ORDERED that the opinion of the court of appeals be, and hereby is, affirmed.